AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2010 FEB 25 PM 12:22

GREGORY C. LANGHAM
CLERK

| | |
|---|---|
| The Boelter Corporation ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 09-C-1010 |
| Original Glassware Inc ) | BY_____DEP. CLK |
| *Defendant* ) | **10-RJ-0003** |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* January 27, 2010.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: Jan 29, 2010

JON W. SANFILIPPO
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

Rev. 5/85) Judgment in a Civil Case ®

# United States District Court

## EASTERN DISTRICT OF WISCONSIN

THE BOELTER CORPORATION,

    Plaintiff,

v.

**JUDGMENT IN A CIVIL CASE**
Case No. 09-C-1010

ORIGINAL GLASSWARE, INC.,

    Defendant.

---

This action came before the court, the issues have been decided and a decision has been rendered. Now, therefore,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff, The Boelter Corporation, recover from the Defendant Original Glassware, Inc., the sum of $247,762.75 with interest thereon at the rate that is provided by law.

APPROVED:    s/ C. N. CLEVERT, JR.
C. N. CLEVERT, JR.
Chief U. S. District Judge

JON W. SANFILIPPO
Clerk

January 27, 2010
Date

s/C. Fehrenbach
(By) Deputy Clerk

U.S. District Court
Eastern Dist. of Wis.
    I hereby certify that this is a true and correct copy of the original now remaining of record in my office

JON W. SANFILIPPO, Clerk

DATED: 1/27/10    Deputy: by [signature]