UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case Number: 10-RJ-0003

================================================================
WRIT OF GARNISHMENT - JUDGMENT DEBTOR OTHER THAN NATURAL PERSON
================================================================

Plaintiff(s):
The Boelter Corporation
vs.
Defendants(s):Original Glassware, Inc.
================================================================

Judgment Debtor's name, last known address, other identifying information: Original Glassware, Inc., 7030 E. 46th Ave., Unit H, Denver, Colorado 80216

| | | |
|---|---|---|
| 1. | Original Amount of Judgment Entered January 27, 2010 | $247,762.75 |
| 2. | Plus any interest due on judgment | $0 |
| 3. | Taxable Costs | $ 85.00 |
| 4. | Less Any Amount Paid | $0 |
| 5. | Principal Balance/Total Amount Due and Owing | $247,847.75 |

I affirm I am authorized to act for the Judgment Creditor and this is a correct statement as of August 24, 2010

Subscribed under oath before me on
August 24, 2010

_____
Notary

My Commission Expires May 9, 2013

The Boelter Corporation
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264

_____
Howard Buchalter, #15554

Attorney for Judgment Creditor

# WRIT OF GARNISHMENT

THE PEOPLE OF THE STATE OF COLORADO, to the Sheriff of any Colorado County, or to any person over the age of 18 years who is not a party to this action:

You are directed to serve a copy of this Writ of Continuing Garnishment upon Elevations Credit Union, 4750 W. 120th Ave., #700, Westminster, Colorado.

Garnishee, with proper return of service to be made to the Court.

TO THE GARNISHEE:

YOU ARE HEREBY SUMMONED AS GARNISHEE IN THIS ACTION AND ORDERED;

a. To answer the following questions under oath and file your answers with the Clerk of the Court (AND to mail a completed copy with your answers to the Judgment Creditor or attorney when stamped envelope is attached) within 10 days following service of this Writ upon you. **YOUR FAILURE TO ANSWER THIS WRIT WITH NOTICE MAY RESULT IN THE ENTRY OF DEFAULT AGAINST YOU.**

b. To hold pending court order any personal property owed to or owned by the Judgment Debtor and in your possession por control on the date and time this Writ was served upon you.

YOU ARE NOTIFIED:

a. This Writ with Notice applies to all personal property owed to or owned by the Judgment Debtor and in your possession or control as of the date and time this Writ was served upon you.

b. In no case may you withhold any personal property greater than the amount of Line 5 on the front of this Writ unless the personal property is incapable of being divided.

c. If you are ordered to pay funds to the Court, tender your check for the amount PAYABLE to:

    Clerk of the United States District Court: 901 19th Street, Room A-105, Denver, Colorado 80294-3589

CLERK OF THE COURT:   Gregory C. Langham   By: _____
                                901 19th Street, Room A-105   Deputy Clerk
                                Denver, Colorado 80294   Date: 8/24/10

The following questions MUST be answered by you under oath:

    a.    On the date and time this Writ was served upon you, did you possess or control any personal property of the Judgement Debtor or did you owe any rents, payments, obligations, debts or moneys to the Judgment Debtor?

          ___YES     ___NO

    b.    If "YES", list any items of personal property and their location(s) and/or describe the nature and amount of the debt or obligation (Attach additional pages if necessary)

          _____

    c.    Do you claim a setoff against any property, debt or obligation listed above?

          ___YES     ___NO

    d.    If "YES", to question (c) describe the nature and amount of the setoff claimed (Attach additional pages if necessary)

I affirm I am authorized to act for the Garnishee and the above answers are true and correct:

Subscribed under oath before me on _____

_____  
Name of Garnishee

_____  
Notary Public or Deputy Clerk

Address:

_____

My Commission Expires:

Phone:_____

Name of Person Answering (Print)_____

Signature of Person Answering

_____