IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–rj–00003–NONE–KMT

THE BOELTER CORPORATION,

    Plaintiff,

v.

ORIGINAL GLASSWARE, INC.,

    Defendant.

**MINUTE ORDER SCHEDULING RULE 69 JUDGMENT DEBTOR EXAMINATION**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

    Plaintiff has requested a Judgment Debtor examination pursuant to Fed. R. Civ. P. 69 as to Art Sholtz regarding a Judgment entered on January 27, 2010, in the Case No. 09-C-01010 in the Eastern District of Wisconsin.

    Plaintiff and Art Sholtz are directed to appear before the Court <u>in person</u> for a Rule 69 Judgment Debtor Examination on **Wednesday, December 1, 2010, at 9:30 a.m.** in Courtroom C-201 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: September 27, 2010